U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 19 2013

CHRIS R. JOHNSON, CLERK

BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:13-CR-20015-001 |
| ) | 18 U.S.C. § 656 |
| MARY KAY NEWMAN ) | |

## ORDER OF FORFEITURE

On March 19, 2013, an Information was filed in the Western District of Arkansas against the defendant, charging her with one count of embezzling and misapplying more than $300,000.00 that was under the custody and control of First National Bank of Fort Smith, a member bank of the Federal Reserve Board and whose deposits are insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 656, and a notice of intent to seek a criminal forfeiture.

In the forfeiture notice of the Information, the United States sought forfeiture, pursuant to Title 18 U.S.C. § 982, of all property involved in or traceable to property involved in the offense, specifically including all proceeds obtained directly or indirectly from the offense.

On March 19, 2013, the defendant pled guilty to the one-count Information. Pursuant to a Plea Agreement entered into by the parties, the defendant has agreed to forfeit all rights, title and interest to the vehicle listed in the Information. The defendant acknowledges that the property covered by the Plea Agreement is subject to forfeiture as proceeds obtained directly or indirectly from the commission of this offense or as substitute assets for property otherwise subject to forfeiture.

Pursuant to the Plea Agreement, the defendant consents to the immediate entry of an Order of Forfeiture upon entry of her guilty plea. The defendant further agrees that upon entry of the Order of Forfeiture, such Order will be considered final as to defendant's interests in the property. The defendant agrees to immediately withdraw any claims to property seized in connection with this case in any pending administrative and civil forfeiture proceeding, and consents to the forfeiture of all properties seized in connection with this case to the United States. The defendant agrees to execute any and all documents requested by the Government to facilitate or complete the forfeiture process(es.) The defendant further agrees not to contest or to assist any other person or entity in contesting the forfeiture of the property(ies) seized in connection with this case.

Pursuant to the Plea Agreement, the defendant agrees to consent to the entry of an Order of Forfeiture for such property and waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment. The defendant acknowledges that she understands that the forfeiture of assets is part of the sentence that may be imposed in this case and waives any failure by the court to advise her of this, pursuant to Rule 11(b)(1)(J), at the time her guilty plea is accepted.

Pursuant to the Plea Agreement, the defendant further agrees to waive all constitutional and statutory challenges in any manner (including direct appeal, habeas corpus, or any other means) to any forfeiture carried out in accordance with the Plea Agreement on any grounds, including that the forfeiture constitutes an excessive fine or punishment. The defendant agrees to take all steps as requested by the United States to pass title to forfeitable assets to the United States, and to testify truthfully in any judicial forfeiture proceeding. The defendant also agrees that the forfeiture

provisions of the Plea Agreement are intended to, and will, survive her, notwithstanding the abatement of any underlying criminal conviction after the execution of this agreement.

Other claimants to the vehicle subject to forfeiture in the Information and Plea Agreement filed in the above-styled case have received actual notice of these proceedings in a timely fashion. The other possible claimants to the substitute assets subject to forfeiture are: 1. Michael Newman, co-owner of the 2010 Ford F-150; and 2. The Communication Federal Credit Union, 414 NW Expressway S., Oklahoma City, OK. By affixing their signature hereto, these claimants hereby settle their claims in this matter and consent to the entry of this order.

IT IS THEREFORE ORDERED, DECREED AND ADJUDGED AS FOLLOWS:

1. That based upon the guilty plea of the defendant and the representation of third parties, the United States of America is hereby given a judgment of forfeiture against the defendant property described below:

2010 Ford F-150, VIN #1FTEW1C84AKB85753

as substitute assets of forfeiture and against the interest therein of Mary Kay Newman and Michael Newman, but subject to the security interest of Communication Federal Credit Union until satisfied.

2. The United States, by affixing their signature hereto, recognizes the continuing security interest of Communication Federal Credit Union on the forfeited vehicle which stands at the amount of $14,606.41 as of 1/25/12 in loan 151 of Account # 5632690;

3. As all third-party interests have been addressed in this Order of Forfeiture, the vehicle addressed herein is hereby forfeited to the United States, subject to the security interest addressed herein, to be disposed of according to law.

IT IS SO ORDERED this 18th day of March, 2013.

_____
HONORABLE P.K. HOLMES III
UNITED STATES DISTRICT JUDGE

Reviewed and consented to by:

_____
Mary Kay Newman, Defendant

_____
Eddie Christian, Counsel for Defendant

_____
Michael Newman

_____
John W. Meek, Counsel for Communication Federal Credit Union

_____
Kyra Jenner, Assistant U.S. Attorney